# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00285-MR-WCM

| | |
|---|---|
| **BRO T. HESED-EL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JOHN DOE, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon the Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 4].[1]

The Plaintiff seeks to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. [Doc. 4]. Upon review of the Plaintiff's Motion, the Court finds that the Plaintiff has sufficient resources from which to pay the filing fee required for this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 4] is **DENIED**.

---

[1] The Court notes that in the present motion, the Plaintiff lists a different street address, telephone number, and email address from what are listed in his Complaint. The Plaintiff is admonished that he must notify the Clerk's Office of any changes to his contact information and that his pleadings must reference his most recent street address, telephone number, and email address. See Fed. R. Civ. P. 11.

**IT IS FURTHER ORDERED** that the Plaintiff shall pay the required $400.00 filing fee within thirty (30) days of entry of this Order. **Failure to pay the required filing fee within thirty (30) days of the entry of this Order will result in the dismissal of this action.**

**IT IS SO ORDERED.**   Signed: December 3, 2019

Martin Reidinger
United States District Judge