IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 285 MR WCM

BRO. T. HESED-EL, )
)
               Plaintiff, )
)
v. ) ORDER
JOHN DOE, in his individual and )
official capacity; ROBIN BRYSON, )
licensed clinical social worker, in her )
individual and official capacity; )
MISSION HOSPITAL, INC. individual )
and official capacity; COUNTY OF )
BUNCOMBE )
)
               Defendants. )
)

This matter is before the Court on Defendant's [Motion] for Leave to Amend Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss (the "Motion for Leave," Doc. 37).

In the Motion, Defendant Buncombe County requests permission to file a corrected copy of its Reply (Doc. 18) in response to Plaintiff's opposition to the County's Motion to Dismiss in order to correct citation errors in the original filing. See Docs. 15, 16, & 14.

It appearing that the proposed amendments only address two citation errors and that Plaintiff will not be prejudiced by this action, the request will be allowed.

1

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's [Motion] for Leave to Amend Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss (Doc. 37) is **GRANTED**.

2. Defendant Buncombe County is **DIRECTED** to file its Amended Reply to Plaintiff's Response to Defendant's Motion to Dismiss within five (5) days of this Order.

Signed: June 1, 2020

W. Carleton Metcalf
United States Magistrate Judge