IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 285 MR WCM

| | |
|---|---|
| BRO. T. HESED-EL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, in his individual and ) <br> official capacity; ROBIN BRYSON, ) <br> licensed clinical social worker, in her ) <br> individual and official capacity; ) <br> MISSION HOSPITAL, individual and ) <br> official capacity; COUNTY OF ) <br> BUNCOMBE ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on the following motions:

1. Plaintiff's Motion to Strike (the "Motion to Strike," Doc. 47) and

2. A Motion for Leave to File Amended Supplemental Memorandum by Defendants Robin Bryson and Mission Hospital, Inc. (the "Motion to Amend," Doc. 49).

On May 22, 2020, the Court ordered the parties to submit supplemental briefing, not to exceed five (5) pages each, addressing the potential applicability of the Rooker-Feldman doctrine to Plaintiff's current claims and this Court's subject matter jurisdiction. Doc. 32.

On June 11, 2020, Defendants Robin Bryson ("Bryson") and Mission Hospital, Inc. ("Mission") filed a Supplemental Brief. However, that filing exceeded the five-page limit. Doc. 44.

Plaintiff moved to strike the brief, and Bryson and Mission moved to amend their Supplemental Brief to conform to the page limitation. Docs. 47 & 49. Plaintiff does not oppose the request. Doc. 50, p. 1.

Having considered these filings and the Court's May 22, 2020 Order, the undersigned finds that the Motion to Amend should be allowed.

**IT IS THEREFORE ORDERED** that:

1. The Motion for Leave to File Amended Supplemental Memorandum by Defendants Robin Bryson and Mission Hospital, Inc. (Doc. 49) is **GRANTED**, and said Defendants are **GIVEN LEAVE** to file their Amended Supplemental Brief (Doc. 49-1) within seven (7) days of this Order.

2. Plaintiff's Motion to Strike (Doc. 47) is **DENIED AS MOOT**.

Signed: June 30, 2020

W. Carleton Metcalf
United States Magistrate Judge