IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

*Please File 1st*

BRO. T. HESED-EL,

    Plaintiff,

v.

JOHN DOE, et al.,

    Defendants.

Civil Action No. CV 119-285

FILED
ASHEVILLE, N.C.

OCT 26 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

## NOTICE OF VOLUNTARY DISMISSAL

*Question 17. What is our religion? Islamism.*
**101 Questions for Moorish Americans**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiff hereby dismisses his 14th Amendment Due Process claim(s), particularly his claim(s) that state court procedures relating to the commitment proceedings were not followed, as to all actual and putative defendants WITHOUT PREJUDICE. No party answered or filed a motion for summary judgment.

"If an action commenced within the time prescribed therefor, or any claim therein, is dismissed without prejudice under this subsection, a new action based on the same claim may be commenced within one year after such dismissal" N.C. Gen. Stat. § 1a-1, Rule 41.

Executed this 6th day of Rabi Al-Awwal, 1442 A.H.

Plaintiff *pro se* Bro. T. Hesed-El
c/o TAQI EL AGABEY MGMT
30 N. Gould Street, Suite R
Sheridan, WY 82801
Ph: (762) 333-2075
teamwork3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant Buncombe County has been electronically served with Plaintiff's *Notice of Voluntary Dismissal*, via an attachment to an email.[1]

**County of Buncombe**
c/o Attorney Curtis W. Euler
200 College Street, Suite 100
Asheville, NC 28801
Phone: (828) 250-4177
Fax: (828) 250-6040
curt.euler@buncombecounty.org

This 23rd day of October, 2020 A.D.

_____
NATURAL PEOPLE LAW

---

[1] John Doe, Robin Bryson, Mission Hospital, and Hospital Does 1-10 were voluntarily dismissed from this action.