# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BRO T. HESED-EL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00285-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE, ROBIN BRYSON, | ) | |
| MISSION HOSPITAL, INC, | ) | |
| HOSPITAL DOES 1-10, and | ) | |
| COUNTY OF BUNCOMBE, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2021 Memorandum of Decision and Order.

March 29, 2021

_____

Frank G. Johns, Clerk
United States District Court